UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| JOANN WARNER, ) | |
| ) | |
| Plaintiff, ) | Civil No. 10-100-ART |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| MINNESOTA LIFE INS. CO., et al., ) | |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Court's memorandum opinion issued on July 18, 2011, and Fed. R. Civ. P. 58, it is **ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants. This case is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 19th day of July, 2011.

Signed By:
*Amul R. Thapar* AT
United States District Judge